[No. 11673–1–II.   Division Two.   August 24, 1989.]

SAFECO INSURANCE COMPANY OF AMERICA, *Appellant*, v. HUTCHINSON INSURANCE, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce

County, No. 87–2–04394–6, E. Albert Morrison, J., entered December 18, 1987. *Reversed* by unpublished opinion per Reed, J., concurred in by Worswick, J., and Petrie, J. Pro Tem.